UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DELIA ERNST,<br><br>      Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | Case No. 11-5730 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the defendant's motion for remand. (ECF #8). After reviewing the defendant's motion, the plaintiff's response indicating no objection [ECF #9] and the remaining record, the undersigned recommends that the Court grant the motion, and remand this matter to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

This Court recommends that on remand the Appeals Council will remand the case for a de novo hearing.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 19th day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2