UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DELIA ERNST,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 11-5730 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #10] recommending that this case be remanded, based on the defendant's motion to remand [ECF #8] and the plaintiff's response with no objection [ECF #9}.

It is therefore ORDERED

    (1)  The Court ADOPTS the Report and Recommendation;

    (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

    (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 20th day of December, 2011.

                                      /s/ Robert J. Bryan
                                      ROBERT J. BRYAN
                                      United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1